UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 17-406-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| UNKNOWN SPOUSE OF TRINA MCINTOSH, | ) | **ORDER** |
| | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Attorney G. Scott Hayworth was appointed to serve as warning order attorney for Defendant Unknown Spouse of Trina McIntosh. [Record No. 9] Attorney Hayworth has now filed his report and requested payment of fees and expenses. [Record No. 16] Being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The Warning Order Report is hereby **ACCEPTED**, and attorney G. Scott Hayworth's motion for an award of fees and reimbursement of expenses [Record No. 16] is **GRANTED**.

2. Attorney Hayworth is relieved of any further duties as warning order attorney in this action. It is further **ORDERED** that he be allowed an attorney fee of $200.00 and reimbursement of expenses in the amount of $27.24.

This 10th day of May, 2018.



Signed By:
*Danny C. Reeves* DCR
United States District Judge