UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CIVIL ACTION NO. 5:17-cv-406-DCR
*Filed Electronically*

In re: 217 Old Hopewell Road, Beattyville, Kentucky 41311

UNITED STATES OF AMERICA                                      PLAINTIFF

VS.

TERRY MCINTOSH; ET AL                                        DEFENDANTS

**ENTRY OF DEFAULT**

*********

It appearing that the Complaint herein was filed on October 18, 2017, the Defendant, Trina McIntosh A/K/A Trina Lavelle McIntosh, has been served by Summons; Defendant, Terry McIntosh, has been served via appointment of Warning Order Attorney; Defendant, Unknown Spouse of Terry McIntosh, has been served via appointment of Warning Order Attorney; Defendant, Unknown Spouse of Trina McIntosh A/K/A Trina Lavelle McIntosh, has been served by Appointment of Warning Order Attorney, and that no answer or other pleading has been filed by said Defendants as required by law:

NOW, THEREFORE, upon request of Plaintiff, default is hereby entered against the Defendants, Trina McIntosh A/K/A Trina Lavelle McIntosh, Terry McIntosh, Unknown Spouse of Trina McIntosh A/K/A Trina Lavelle McIntosh, and the Unknown Spouse of Terry McIntosh, as provided in Rule 55(a), Federal Rules of Civil Procedure.

This the 13th day of June 2018.

ROBERT R. CARR
U. S. DISTRICT COURT CLERK

By: _____
Deputy Clerk